UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 20-7389-DMG (JCx)** | Date | September 28, 2020 |
| Title | *Monique Bunn v. Damon Anthony Dash. et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings: IN CHAMBERS – ORDER TO SHOW CAUSE AND NOTICE TO ALL PARTIES**

On August 25, 2020, the Court set a Scheduling Conference. [Doc. # 81.] As required by the Court's August 25, 2020 Order, Fed. R. Civ. P. 26(f), and Local Rule 26-1, counsel are required to file a Joint Rule 26(f) Report. Instead, each side has filed their unilateral reports. [Doc. # 97, 98.]

IT IS HEREBY ORDERED the parties show cause in writing no later than October 5, 2002, why sanctions should not be imposed for their failure to cooperate and participate with opposing counsel in a Rule 26(f) conference and for failure to file a **Joint** Rule 26(f) Report. The filing of a Joint Rule 26(f) Report by the deadline will be deemed a satisfactory response. **Failure to timely respond to this Order to Show Cause will result in the dismissal of this action for lack of prosecution.**

The scheduling conference on October 9, 2020 is hereby VACATED and will be rescheduled if necessary.

IT IS SO ORDERED.