Dina Adham (State Bar No. 203048)
LAW OFFICES OF DINA ADHAM
1230 Rosecrans Avenue, Suite 300, PMB 698
Manhattan Beach, California 90266
Telephone:  (310) 384-0843
E-Mail: dadham@adhamlawgroup.com

Christopher Brown-Pro Hac Vice
Brown & Rosen LLC
100 State Street, Suite 900
Boston, MA 02109
Telephone: (617) 728-9111
E-Mail: cbrown@brownrosen.com

Attorneys for Plaintiff
Monique Bunn

UNITED STATES DISTRICT COURT

CENTRAL DIVISION OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MONIQUE BUNN<br><br>  Plaintiff,<br><br>vs.<br><br>DAMON ANTHONY DASH, DAME DASH STUDIOS, POPPINGTON LLC, THE DASH GROUP LLC AND RAQUEL HORN<br><br>  Defendants. | **CASE NO. 20-CV-07389-DMG**<br>**CASE NO. 20-CV-11633-DMG**<br><br>PLAINTIFF'S WITNESS LIST<br><br>Judge:  Hon. Dolly Gee<br>Time:   N/A<br>Courtroom: 8C |

PLAINTIFFS' WITNESS LIST AND ESTIMATES

| Witness | Party Calling Witness and estimated time | Cross Examiner estimated time | Description of Testimony | Comments |
|---|---|---|---|---|
| Monique Bunn (Day 1) | Plaintiff approximately 2 hours | Approximately 1 hour | Brown will testify to all elements of the case (1) conversion (2) defamation (3) sexual assault and (4) damages | |
| Tamesha Harper (Day 1 Witness) | Plaintiff's approximately 30 minutes | Approximately 30 minutes | Harper will testify about an unwanted sexual interaction with Damon Dash | |
| Damon Dash (Day 2 witness) (cross only) | Plaintiff- approximately 3 hours | Approximately 2 hours | Will testify in regards to numerous statements he made about Brown and his allegation in December 2019 that Brown was under investigation by FBI due to claims Brown made for his clients Monique Bunn and Corrina Levine. | |

| Corrina Levine (Day 1 witness) | Plaintiff approximately 45 minutes | Approximately 15 minutes | Corrina Levine will testify about unwanted sexual harassment encounters while she worked at Poppington LLC and how Raquel Horn supported Damon Dash's attempts to have sexual relations with women outside of their relationship. | |
|---|---|---|---|---|
| Sameer Somal (Expert) Day 2 witness | Plaintiff approximately 1 hour | Approximately 1 hour | Expert relating to internet defamation. Mr. Somal's has provided a report and will testify in regards to damages suffered by Bunn. | |
| Dr. Pinsk (medical doctor- expert Day 1 or 2) | Plaintiff Approximately 45 mins. | Approximately 45 minutes | Dr. Pinsk will testify to the medical diagnosis of Bunn and the PTSD | |

| | | | | |
|---|---|---|---|---|
| | | | diagnosis impact on her life. | |
| Dr. Stan Smith (economist-expert) | Plaintiff- Approximately 30 minutes | Approximately 30 minutes | Dr. Smith will testify to the economic damages of Ms. Bunn | |
| | | | | |
| | | | | |

Dated:  Boston, MA

July 13,  2022

Dina Adham, Esq.
Law Offices of Dina Adham
1230 Rosecrans Avenue, Suite 300 PMB #698
Manhattan Beach, CA 90266
(310) 384-0843
dadham@adhamlawgroup.com


Christopher Brown
Brown & Rosen LLC
100 State Street, Suite 900
Boston, MA 02109
617-728-9111
cbrown@brownrosen.com

July 13, 2022                           *Counsel for Plaintiff*

# PROOF OF SERVICE

BOSTON, MASSACHUSETTS

I am employed in the Suffolk County, Boston, Massachusetts. I am over the age of eighteen years and not a party to the within action. My business address is Brown & Rosen LLC, 100 State Street, Suite 900, Boston, MA 02109. My address for electronic service is cbrown@brownrosen.com.

On the date below, I electronically served the foregoing document(s), described as

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' EX PARTE APPLICATION TO REOPEN DISCOVERY**

on each of the interested parties in this action by attaching ☐ the original ☒ a PDF copy thereof addressed as follows:

<u>Attorneys for Defendants</u>

TRAYLOR LAW OFFICE, PC
Michael S. Traylor
601 Lincoln Blvd. 180 Suite 525
Los Angeles, CA 90045
(310) 401-6610 office
traylorlawoffice@gmail.com

I declare under penalty of perjury under the laws of the Massachusetts that the foregoing is true and correct. Executed on July 13, 2022, in Boston, MA.

|  |  |
|---|---|
| Christopher Brown | *Christopher Brown* |
|  | *Signature* |