UNITED STATES DISTRICT COURT

CENTRAL DIVISION OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MONIQUE BUNN<br><br>           Plaintiff,<br><br>     vs.<br><br>DAMON ANTHONY DASH, DAME DASH STUDIOS, POPPINGTON LLC, THE DASH GROUP LLC AND RAQUEL HORN<br><br>           Defendants. | **CASE NO. CV 20-7389-DMG**<br>**CASE NO. CV 20-11633-DMG**<br><br>ORDER RE TRIAL CONTINUANCE AND SANCTIONS [295] |

The Court has reviewed and considered the parties' stipulation to reschedule the trial date [Doc. # 295], and hereby APPROVES it.  The jury trial date is continued to **February 7, 2023 at 8:30 a.m.,** subject to the Court's pandemic protocol.

The Court also has reviewed and considered the affidavit of Christopher Brown [Doc. # 294] relating to fees and expenses incurred as a result of Michael Traylor's October 31, 2022 *ex parte* application to continue the trial [Doc # 286], and Mr. Traylor's response to that affidavit [Doc. # 296].  Unlike Mr. Traylor's prior *ex parte* application ("EPA") to continue the trial [Doc. # 275], where a party to the action became ill and could not attend trial, this latest in a long string of continuances resulted from the medical concerns of a third party, which appeared to be real but not life-threatening.  At the November 7, 2022 status conference, the Court presented Mr. Traylor with two options in this circumstance:  either hire someone (or find someone) to care for his wife following her outpatient procedure and proceed as scheduled with the trial, or pay reasonable expenses for Plaintiff's and opposing counsel's inconvenience arising from the Court's accommodation of Mr. Traylor's and his wife's convenience.  In the absence of any indication that Mr. Traylor was willing to proceed with the former option, the Court now proceeds with the latter option.

Within 30 days from the date of this Order, Mr. Traylor shall pay to Mr. Brown the amount of $1,219.60, which represents $219.60 for Plaintiff's flight change expenses plus $1,000 for four hours of Mr. Brown's time at the reasonable rate of $250 per hour expended on responding to the EPA and participating in the hearing.[1]

IT IS SO ORDERED.

DATED:  November 18, 2022

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

---

[1] The Court has chosen the rate of $250 per hour not because it represents Mr. Brown's actual hourly rate (which he asserts is $500 per hour), but what the Court finds to be reasonable for the purpose of dealing with issues arising from a contested request for continuance.