# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### JURY NOTE

```
┌─────────────────────────────┐
│            FILED            │
│   CLERK, U.S. DISTRICT COURT │
│  ┌───────────────────────┐  │
│  │     Feb 16, 2023      │  │
│  └───────────────────────┘  │
│ CENTRAL DISTRICT OF CALIFORNIA │
│ BY:      KT        DEPUTY    │
└─────────────────────────────┘
```

Monique Bunn,                    )      CV 20-7389-DMG (JCx)
                                 )
                 Plaintiff,      )
                                 )      NOTE # ___1___   FROM THE JURY
        vs.                      )
                                 )
Damon Anthony Dash, et al.,      )      **REDACTED AS TO THE**
                                 )      **JURY FOREPERSON**
                 Defendants.     )
_____  )

_____   The jury has reached a unanimous verdict.

_____   The jury advises the Court of the following:

_____   The jury requests the following:

We have selected Juror #1 as foreperson
and we will be here no later than 5pm

Dated: 2/15/2023          Signed