UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JURY NOTE

FILED
CLERK, U.S. DISTRICT COURT

Feb 16, 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: KT  DEPUTY

| | |
|---|---|
| Monique Bunn, | CV 20-7389-DMG (JCx) |
| Plaintiff, | NOTE # 2    FROM THE JURY |
| vs. | |
| Damon Anthony Dash, et al., | **REDACTED AS TO THE JURY FOREPERSON** |
| Defendants. | |

____  The jury has reached a unanimous verdict.

____  The jury advises the Court of the following:

✓  The jury requests the following:

Are we only deciding harm based on loss of "two laptops, photography equipment, and CDs and hard-drives ~~======~~ containing large numbers of photographs."
Also what is the definition of "harm"

Dated: 2/15/2023

Signed ███████

## MONIQUE BUNN V. DAMON DASH, ET AL.

## CASE NO. CV-20-7389-DMG (JCx)

**THE COURT'S RESPONSE TO JURY NOTE # 2:**

The jury should review Instruction No. 26, which instructs the jury to determine whether Plaintiff Monique Bunn has proven elements 4 through 5 of the conversion claim as to the "two laptop computers, photography equipment, and CDs and hard drives containing large numbers of photographs." The Court already has found that Plaintiff has proven elements 1 through 3 of the conversion claim as to that property. With regard to any other personal property for which Plaintiff claims Defendants are liable for conversion, you must determine elements 1 through 5.

Black's Law Dictionary defines harm as "[i]njury, loss, damage; material or tangible detriment."

By answering Jury Note # 2, the Court does not mean to suggest for which party your verdict should be rendered. In following the Court's instructions, you must follow all of them and not single out some and ignore others; they are all important.