```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                               Feb 16, 2023

                         CENTRAL DISTRICT OF CALIFORNIA
                         BY:      KT       DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE BUNN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAMON ANTHONY DASH, *et al.*,<br><br>　　　　　Defendants. | Case No. CV 20-7389 DMG (JCx)<br><br>**VERDICT FORM**<br><br><span style="color:orange">**REDACTED AS TO THE JURY FOREPERSON**</span> |

We, the jury, unanimously find as follows.

### Battery Claim
### Against Damon Dash

**Question 1.** On Monique Bunn's claim of battery against Damon Dash, we find in favor of (choose one):

_____  Monique Bunn            \_\_✓\_\_  Damon Dash

If you found in favor of Monique Bunn on Question 1, answer Questions 2 and 3. If you did not find in favor of Monique Bunn on Question 1, skip Questions 2 and 3.

**Question 2.** What are Monique Bunn's damages for her battery claim?

$ _____

**Question 3.** Do you find by clear and convincing evidence that Damon Dash's conduct giving rise to the battery claim was conduct engaged in with malice, oppression, or fraud?

Yes: _____     No: _____

## Defamation Claim
## Against Damon Dash, Raquel Horn, and Poppington LLC

**Question 4.** On Monique Bunn's claim of defamation against Damon Dash, Raquel Horn, and Poppington LLC, we find in favor of:

Choose one: __✓__ Monique Bunn        _____ Damon Dash
Choose one: __✓__ Monique Bunn        _____ Raquel Horn
Choose one: __✓__ Monique Bunn        _____ Poppington LLC

If you found in favor of Monique Bunn on any part of Question 4, answer Questions 5 and 6. If you did not find in favor of Monique Bunn on any part of Question 4, skip Questions 5 and 6, and proceed to Question 7.

**Question 5.** What are Monique Bunn's damages for her defamation claim?

Damon Dash:     $ 7,000
Raquel Horn:    $ 7,000
Poppington LLC: $ 1,000

**Question 6.** Do you find clear, direct, and substantial evidence convincing you without hesitation that Damon Dash, Raquel Horn, and/or Poppington LLC acted with actual malice when making the defamatory publication?

Damon Dash:     Yes: ✓   No: _____
Raquel Horn:    Yes: ✓   No: _____
Poppington LLC: Yes: ✓   No: _____

## Conversion Claim
## Against Damon Dash, Raquel Horn, and Poppington LLC

**Question 7.** On Monique Bunn's claim against Damon Dash, Raquel Horn, and Poppington LLC for conversion of her personal property, we find in favor of:

Choose one: _____ Monique Bunn    ✓ Damon Dash
Choose one: _____ Monique Bunn    ✓ Raquel Horn
Choose one: _____ Monique Bunn    ✓ Poppington LLC

If you found in favor of Monique Bunn on any part of Question 7, answer Questions 8 and 9. If you did not find in favor of Monique Bunn on any part of Question 7, skip Questions 8 and 9.

-3-

**Question 8.** What are Monique Bunn's damages for conversion of her personal property?

    Damon Dash:     $_____
    Raquel Horn:     $_____
    Poppington LLC:  $_____

**Question 9.** Do you find by clear and convincing evidence that Damon Dash's, Raquel Horn's, and/or Poppington LLC's conduct giving rise to the conversion claim was conduct engaged in with malice, oppression, or fraud?

    Damon Dash:     Yes: _____    No: _____
    Raquel Horn:     Yes: _____    No: _____
    Poppington LLC:  Yes: _____    No: _____

Sign and date this form and notify the bailiff that you are ready to present your verdict.

Dated: 2/15/2023