UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JURY NOTE



FILED
CLERK, U.S. DISTRICT COURT

Feb 16, 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: KT  DEPUTY

| | |
|---|---|
| Monique Bunn,<br><br>                    Plaintiff,<br><br>        vs.<br><br>Damon Anthony Dash, et al.,<br><br>                    Defendants. | CV 20-7389-DMG (JCx)<br><br>NOTE # 4    FROM THE JURY<br><br>**REDACTED AS TO THE JURY FOREPERSON** |

____  The jury has reached a unanimous verdict.

✓     The jury advises the Court of the following:

____  The jury requests the following:

Our foreperson is juror number one. We will stay no longer than 5pm.

Dated: 2/16/2023         Signed: [REDACTED]