**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**JURY NOTE**

```
┌─────────────────────────────────┐
│             FILED               │
│   CLERK, U.S. DISTRICT COURT    │
│  ┌───────────────────────────┐  │
│  │      Feb 16, 2023         │  │
│  └───────────────────────────┘  │
│ CENTRAL DISTRICT OF CALIFORNIA  │
│ BY:      KT         DEPUTY      │
└─────────────────────────────────┘
```

Monique Bunn,                    )        CV 20-7389-DMG (JCx)
                                 )
             Plaintiff,          )
                                 )        NOTE # __5__    FROM THE JURY
        vs.                      )
                                 )
Damon Anthony Dash, et al.,      )        **REDACTED AS TO THE**
                                 )        **JURY FOREPERSON**
                                 )
             Defendants.         )
_____)

__✓__   The jury has reached a unanimous verdict.

_____   The jury advises the Court of the following:

_____   The jury requests the following:

_____

_____

_____

_____

_____

_____

_____

_____

Dated: 2/16/2023                 Signed: ████████████████████