FILED
CLERK, U.S. DISTRICT COURT

Feb 16, 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: KT DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MONIQUE BUNN,

    Plaintiff,

v.

DAMON ANTHONY DASH, *et al.*,

    Defendants.

Case No. CV 20-7389 DMG (JCx)

**VERDICT FORM (PHASE II)**

**REDACTED AS TO THE JURY FOREPERSON**

We, the jury, unanimously find as follows.

As to the following Defendants, on the defamation claim, what is the amount of punitive damages that you award Monique Bunn?

| Defendant | Amount |
|---|---|
| Damon Dash | $5,000 |
| Raquel Horn | $5,000 |
| Poppington LLC | $5,000 |

\* \* \*

1 | Sign and date this form and notify the bailiff that you are ready to present your
2 | verdict.

Dated: 2/16/2023