# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MONIQUE BUNN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAMON ANTHONY DASH, *et al.*,<br><br>　　　　　Defendants. | Case No. ED CV 20-7389-DMG (JCx)<br><br>**JUDGMENT** |

This matter having come before the Court for a jury trial on February 9, 2023 through February 16, 2023 [Doc. ## 306–10] and the jury's verdict having been rendered [Doc. ## 321 and 330],

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Plaintiff Monique Bunn, and against Defendants Damon Dash, Raquel Horn, and Poppington LLC, in the following amounts on the defamation claim: (1) $7,000 in compensatory damages and $5,000 in punitive damages against Damon Dash; (2) $7,000 in compensatory damages and $5,000 in punitive damages against Raquel Horn; and (3) $1,000 in compensatory damages and $5,000 in punitive damages against Poppington LLC. As for the battery and conversion claims, judgment is entered in favor of Defendants Damon Dash, Raquel Horn, and Poppington LLC, and against Plaintiff Monique Bunn.

DATED: February 23, 2023

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE